IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-03135-05-CR-S-MDH |
| DIEDRA C. MATHEWS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on April 20, 2021 to 117 months imprisonment following a guilty plea for possession with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. Under 18 U.S.C. § 3582(c)(2), a court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, downgraded by one point the number of criminal history points a defendant receives when the defendant commits the instant offense while under a criminal justice sentence. USSG § 4A1.1(e). In the present case, it appears application of the amended § 4A1.1(e) would reduce Defendant's criminal history score from nine to eight. This adjustment, however, would impact neither Defendant's criminal history category nor the guidelines range of 235 to 293. Defendant is therefore ineligible for a reduction in sentence and Defendant's Motion is **DENIED**.

1

**IT IS SO ORDERED**.

DATED: May 29, 2024                                                   */s/ Douglas Harpool*
                                                                                    **DOUGLAS HARPOOL**
                                                                                    **UNITED STATES DISTRICT JUDGE**